UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>FERNANDO L CORREA ORTIZ<br>NELLIE MARTINEZ LABOY<br><br>DEBTOR(S) | CASE NO. 16-08610-EAG<br><br>CHAPTER 13 |

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as detailed below:

FERNANDO L CORREA ORTIZ  & NELLIE MARTINEZ LABOY
BO COCO NUEVO
148 CALLE BARBOSA
SALINAS, PR  00751

2.   The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.


    WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0764761 for the amount of $3,124.16.


30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)


DATE: October 18, 2017

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

16-08610-EAG
FERNANDO L CORREA ORTIZ

VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing
document was served on the parties listed below by ordinary U.S. Mail or
served electronically through the Court's ECF System at the e-mail address
registered with the Court.

FERNANDO L CORREA ORTIZ          ALEXANDRA BIGAS VALEDON*
NELLIE MARTINEZ LABOY            MODESTO BIGAS LAW OFFICE
BO COCO NUEVO                    PO BOX 7462
148 CALLE BARBOSA                PONCE, PR  00732-7462
SALINAS, PR  00751

FERNANDO L CORREA ORTIZ  & NELLIE
MARTINEZ LABOY
BO COCO NUEVO
148 CALLE BARBOSA
SALINAS, PR  00751


In San Juan, Puerto Rico this Wednesday, October 18, 2017.

_____
Chapter 13 Clerk